■ KARA HOLDING CORP., Also Known as MERSK ENTERPRISES, Appellant, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent. KARMON ENTERPRISES, INC., et al., Appellants, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent. — Appeal from order, Supreme Court, Bronx County (Pine, J.), entered on or about June 11, 1981, unanimously dismissed as nonappealable, without costs and without disbursements. Were we to reach the merits we would affirm. No opinion. Concur — Ross, J. P., Markewich, Lupiano and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IGNACIO RODRIGUEZ, Appellant. — Judgment, Supreme Court, Bronx County (Mazur, J.), rendered on January 3, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Markewich, Lupiano and Bloom, JJ.

■ LITITIA GRESOV et al., Respondents, v DOUGLAS ELLIMAN-GIBBONS & IVES, INC., et al., Appellants. — Order, Supreme Court, New York County (Greenfield, J.), entered on November 12, 1980, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. (See *Flood v Travelers Vil. Garage,* 66 AD2d 726.) No opinion. Concur — Ross, J. P., Markewich, Lupiano and Bloom, JJ.

■ In the Matter of EDWARD H. WOLF, Admitted as EDWARD HIRSCH WOLF, an Attorney. — Recommendations of attorney appointed to inventory files of respondent deemed a motion to confirm said recommendations and to be discharged, and said motion granted; respondent's suspension continued and financial arrangements with respect to respondent's clients disposed of as indicated in the order of this court. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.